IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-3431-CBS

ROBERT A and SUZANNE B. PFAFF,
    Plaintiffs,
v.

UNITED STATES OF AMERICA,
    Defendant.

___

### ORDER OF DISMISSAL WITH PREJUDICE
___

Upon the filing of the Stipulation of Dismissal (dated August 17, 2015) (Doc. # 18), this civil action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear his, her, or its own costs and attorney fees.   The Scheduling Conference set for August 21, 2015 at 11:00 a.m. is vacated.

DATED at Denver, Colorado, this 17th day of August, 2015.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge

1